RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Kim Mefford

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KIM MEFFORD,

Defendant.

Case No. 2:26-cr-00152-APG-NJK

**STIPULATION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT AND PLEA**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Kim Mefford, that the Initial Appearance and Arraignment and Plea currently scheduled on August 11, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. On July 24, 2026, the government filed a criminal information charging Ms. Mefford with the following misdemeanor charges: (1) operating a motor vehicle under the influence of alcohol under 43 C.F.R. § 8341.1(f)(3); (2) operating a motor vehicle with a BAC

of 0.08 grams and higher under 43 C.F.R. § 8341.1(d), NRS § 484C.110(b)); open container of alcohol under 43 C.F.R. § 484B.150.1; and speeding under 43 C.F.R. § 8365.1-3(a)). The conduct allegedly occurred on November 4, 2025, nearly eight months ago.

2. On July 27, 2026, a summons was issued for Ms. Mefford to appear for an initial appearance and arraignment and plea hearing regarding the misdemeanor charges on August 11, 2026. ECF No. 2. Ms. Mefford has not yet been served, and as a result, the parties seek a continuance to allow proper service and for Ms. Mefford to appear.

3. The parties agree to the continuance.

This is the first request for a continuance of the Initial Appearance and Arraignment and Plea.

DATED this 10th day of August 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Nisha Brooks-Whittington*
By________________________________
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

*/s/ Joseph S. Sciscento*
By________________________________
JOSEPH S. SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KIM MEFFORD,

Defendant.

Case No. 2:26-cr-00152-APG-NJK

**ORDER**

IT IS THEREFORE ORDERED that the Initial Appearance and Arraignment and Plea currently scheduled for Tuesday, August 11, 2026 at 2:30 p.m. be vacated and continued to **September 9, 2026, at 2:30 p.m. in courtroom 3A** before Magistrate Judge Maximiliano D. Couvillier III.

DATED this 10th of August 2026.

UNITED STATES MAGISTRATE JUDGE